# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1883
_____

Layne A. Lindberg; Barbara J. Lindberg

*Plaintiffs - Appellants*

v.

Mr. James Dimon, Chairman and Executive Officer JP Morgan Chase Bank, National Association; Attorney David C. Piper; Andrew Cecere, President and Director US Bank National Association; Jay Bray, Chief Executive Officer & Chairman Nationstar Mortgage LLC, doing business as Mr. Cooper; JP Morgan Chase Bank; US Bank National Association; Nationstar Mortgage, LLC, doing business as Mr. Cooper

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Rapid City
_____

Submitted: February 3, 2020
Filed: February 6, 2020
[Unpublished]
_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this diversity case, Layne and Barbara Lindberg appeal the district court's[1] dismissal of their amended complaint. Having carefully reviewed the record and the arguments on appeal, we conclude dismissal was proper for the reasons stated by the district court. *See Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (reviewing de novo grant of Fed. R. Civ. P. 12(b)(6) motion); *Reuter v. Jax Ltd., Inc.*, 711 F.3d 918, 921 (8th Cir. 2013) (reviewing denial of leave to amend for abuse of discretion and question of futility de novo*)*; *Stanton v. St. Jude Med., Inc.*, 340 F.3d 690, 693 (8th Cir. 2003) (reviewing de novo grant of Fed. R. Civ. P. 12(b)(2) motion).

The Lindbergs' motion for judicial notice is denied; James Dimon and JP Morgan Chase Bank's motion to dismiss appeal is denied as moot; and the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey L. Viken, United States Judge for the District of South Dakota, adopting the report and recommendation of the Honorable Veronica L. Duffy, United States Magistrate Judge for the District of South Dakota.